THE STATE OF OHIO, APPELLEE, *v.* SPRAGUE, APPELLANT.

(No. 2015–1679—Submitted April 20, 2016—Decided July 11, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Klembus,* 146 Ohio St.3d 84, 2016-Ohio-1092, 51 N.E.3d 641.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Edwin A. Pierce, Auglaize County Prosecuting Attorney, and R. Andrew Augsburger, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Terrence K. Scott, Assistant Public Defender, for appellant.